IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE HILL, ADC #104136                                                                                          PLAINTIFF

v.                                           No. 5:14CV00202-JLH-JTK

RAY HOBBS, et al.                                                                                                  DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.  Defendants Lee and Erwin are DISMISSED for failure to state a claim upon which relief may be granted.

2.  Any claims pursuant to 42 U.S.C. § 1985 and the Federal Tort Claims Act are DISMISSED.

IT IS SO ORDERED this 19th day of August, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE