**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JESSIE HILL, ADC #104136                                                                           PLAINTIFF

v.                                          No. 5:14CV00202 JLH-JTK

RAY HOBBS, et al.                                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motions for preliminary injunctions and temporary restraining orders, which this Court construes as motions for preliminary injunctive relief, are DENIED. Documents #6, #12, #33, #53, #54.

IT IS SO ORDERED this 8th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE