**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JESSIE HILL,                                                                                                          PLAINTIFF
ADC #104136

v.                                        No. 5:14CV00202-JLH-JTK

RAY HOBBS, et al.                                                                                               DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motions for preliminary ijunction and temporary restraining order and for inspection, which this Court construes as motions for preliminary injunctive relief are DENIED. Documents #68 and #72.

IT IS SO ORDERED this 6th day of November, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE