### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JESSIE HILL, ADC #104136                                                                                          PLAINTIFF

v.                                      No. 5:14CV00202-JLH-JTK

RAY HOBBS, et al.                                                                                                DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for temporary restraining order, preliminary and permanent injunction, which this Court construes as a motion for preliminary injunction, is DENIED. Document #116.

IT IS SO ORDERED this 23rd day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE