IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE HILL,                                                                                          PLAINTIFF
ADC #104136

v.                                    No. 5:14CV00202-JLH-JTK

RAY HOBBS, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants' motion for summary judgment is GRANTED. Document #126.

2. Plaintiff's allegations of failure to protect are DISMISSED without prejudice for failure to exhaust administrative remedies.

3. All other allegations are DISMISSED with prejudice.

4. All other pending motions are DENIED as moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 28th day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE